2004R00696

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Faith S. Hochberg |
| v. | : | Cr. No. 04-280 |
| JASON HANNIBAL | : | ORDER FOR DISMISSAL |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, Ralph J. Marra, Jr., the Acting United States Attorney for the District of New Jersey, hereby dismisses the Indictment assigned criminal No. 04-280, against defendant Jason Hannibal, which was filed on February, 3, 2006, charging that the defendant did knowingly and intentionally conspire with others to distribute and possess with intent to distribute cocaine and heroin, contrary to Title 21, United States Code, Sections 841 (a) (1) & (b) (1) (A), in violation of Title 21, United States Code, Section 846, because the defendant pled guilty to related superseding charges and further prosecution of defendant Jason Hannibal on this Indictment is not in the best interest of the United States at this time.

This dismissal is without prejudice.

_____
RALPH J. MARRA, JR.
Acting United States Attorney

Leave of Court is granted on this _18th_ day of _December_ for the filing of the foregoing dismissal.

_____
HON. FAITH S. HOCHBERG
UNITED STATES DISTRICT JUDGE